BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:13-MJ-00258-DAD-11 |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER ) CONTINUING PRELIMINARY HEARING ) DATE |
| JAIME DOMINGUEZ, | ) |
| Defendant. | ) Judge: Hon. Dale A. Drozd ) ) |

**STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. On September 20, 2013, this matter was set for a Preliminary Hearing on November 1, 2013.
2. By this Stipulation, the parties now move to continue the Preliminary Hearing until December 6, 2013, at 2:00 p.m., before Magistrate Judge Carolyn K. Delaney.
3. The United States has provided discovery to the defendant.  This discovery consists of approximately three months of wire and

1  electronic interception audio recordings and transcripts.
2  Defense counsel needs time to review the discovery in order to
3  fairly advise the defendant.
4. The parties have discussed a potential pre-indictment resolution
   of this matter.  The parties need further time to discuss this
   matter, discuss any potential consequences, and to allow counsel
   for the defendant reasonable time necessary for preparation and
   further investigation.
5. Good cause exists under Rule 5.1(d) of the Federal Rules of
   Criminal Procedure.

**IT IS SO STIPULATED.**

DATED: October 23, 2013        /s/ Justin L. Lee
                               JUSTIN L. LEE
                               Assistant U.S. Attorney

DATED: October 23, 2013        /s/ Dan F. Koukol
                               DAN F. KOUKOL
                               Attorney for Jaime Dominguez
                               (as authorized on October 22, 2013)

**ORDER**

    IT IS SO FOUND AND ORDERED.

Dated:  October 23, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
Dominguez0258.stipord.cont.PE.docx