BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:13-MJ-00258-DAD |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER ) CONTINUING PRELIMINARY HEARING ) DATE |
| JAIME DOMINGUEZ, | ) |
| Defendant. | ) Judge: Hon. Carolyn K. Delaney ) ) |

**STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By prior order this matter was set for a Preliminary Hearing on December 6, 2013.
2. By this Stipulation, the parties now move to continue the Preliminary Hearing until February 7, 2014, at 2:00 p.m.
3. The United States has provided discovery to the defendant.  This discovery consists of approximately three months of wire and electronic interception audio recordings and transcripts.

Stipulation to Continue                    1                    United States v. Dominguez

1  Defense counsel needs time to review the discovery in order to
2  fairly advise the defendant.  Additionally, the United States
3  provided another CD of discovery on December 2, 2013.
4. The parties have discussed a potential pre-indictment resolution
   of this matter.  The parties need further time to discuss this
   matter, discuss any potential consequences, and to allow counsel
   for the defendant reasonable time necessary for preparation and
   further investigation.
5. Good cause exists under Rule 5.1(d) of the Federal Rules of
   Criminal Procedure.

**IT IS SO STIPULATED.**

DATED: December 4, 2013         /s/ Justin L. Lee
                                JUSTIN L. LEE
                                Assistant U.S. Attorney

DATED: December 4, 2013         /s/ Dan F. Koukol
                                DAN F. KOUKOL
                                Attorney for Jaime Dominguez
                                (as authorized on December 3, 2013)

**ORDER**

   IT IS SO FOUND AND ORDERED, this __5th__ day of December, 2013.


                                /s/ Carolyn K. Delaney
                                Hon. CAROLYN K. DELANEY
                                United States Magistrate Judge