BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:13-MJ-00258-DAD |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) CONTINUING PRELIMINARY HEARING |
| | ) DATE |
| JAIME DOMINGUEZ, | ) |
| | ) |
| | ) Judge: Hon. Kendall J. Newman |
| Defendant. | ) |
| | ) |

**STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By prior order this matter was set for a Preliminary Hearing on February 7, 2014.

2. By this Stipulation, the parties now move to continue the Preliminary Hearing until March 14, 2014, at 2:00 p.m.

3. The United States has provided discovery to the defendant.  This discovery consists of approximately three months of wire and electronic interception audio recordings and transcripts.

1     Defense counsel needs time to review the discovery in order to

2     fairly advise the defendant.

3    4. The parties have discussed a potential pre-indictment resolution

4     of this matter.  The parties need further time to discuss this

5     matter, discuss any potential consequences, and to allow counsel

6     for the defendant reasonable time necessary for preparation and

7     further investigation.

8    5. Good cause exists under Rule 5.1(d) of the Federal Rules of

9     Criminal Procedure.

10  **IT IS SO STIPULATED.**

11

12  DATED: February 4, 2014        __/s/ Justin L. Lee____
                                  JUSTIN L. LEE

13                                  Assistant U.S. Attorney

14  DATED: February 4, 2014        __/s/ Dan F. Koukol_
                                  DAN F. KOUKOL

15                                  Attorney for Jaime Dominguez
                                  (as authorized on February 4, 2014)

16

17

18                            **ORDER**

19     IT IS SO FOUND AND ORDERED, this 5th day of February, 2014.

20  Dated:  February 5, 2014

21

22                          _____
                             KENDALL J. NEWMAN
                             UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28